369 P.2d 976

Lloyd George WILMOT, Petitioner,

v.

Harold COX, Warden, New Mexico
State Penitentiary.

No. 7171.

Supreme Court of New Mexico.

April 4, 1962.

COMPTON, Chief Justice, and CAR-
MODY and CHAVEZ, Justices, concur-
ring; MOISE and NOBLE, Justices, not
participating.

ORDERED that the request for free
process be and the same is hereby granted,
and the petition for writ of habeas corpus
is denied for the reason that the petition
does not allege grounds for the issuance of
said writ.

369 P.2d 976

STATE of New Mexico ex rel.
Eddie GURULE, Petitioner,

v.

The Honorable Samuel Z. MONTOYA, etc.,
Respondent.

No. 7164.

Supreme Court of New Mexico.

April 5, 1962.

ORDER.

COMPTON, Chief Justice.

IT IS ORDERED, ADJUDGED and
DECREED that the Alternative Writ of
Prohibition heretofore issued herein be and
the same is hereby made permanent; and

IT IS FURTHER ORDERED that the
clerk forthwith issue a peremptory writ
over his signature and the seal of this court
directed to respondent and cause said writ
to be served upon respondent instanter.